UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. 2:17-cv-2675 KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. KHALIT, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: December 26, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spri2675.36