IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON B. SPRINGFIELD,** | Case No. 2:17-cv-2675 JAM KJN P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | |
| **M. KHALIT, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. This action proceeds on plaintiff's third amended complaint alleging that defendants Khalit and Brady denied plaintiff law library access in retaliation for his filing of Form 22s and grievances. (ECF No. 20.) This matter is set for settlement conference on March 12, 2020. On January 15, 2020, counsel for defendant M. Khalil, sued erroneously as M. Khalit, filed a petition to appoint his daughter, Zakiya Jahan, as guardian ad litem, due to defendant Khalil's current and continuing medical condition. Because Jahan is represented by counsel, she can be contacted through counsel of record. Good cause appearing, the undersigned finds it appropriate to appoint defendant Khalil's daughter to serve as his guardian ad litem during the pendency of this action. Fed. R. Civ. P. 17(c)(2); see Wenger v. Canastota Central School Dist., 146 F.3d 123, 125, n. 1 (overruled on other grounds by Winkelman v. Parma City School Dist., 550 U.S. 516 (2007).

Accordingly, IT IS HEREBY ORDERED that:

1. The petition for an order appointing Zakiya Jahan as guardian ad litem for Defendant M. Khalil (ECF No. 43) is granted; and

2. Counsel for defendant Khalil and his daughter Zakiya Jahan shall serve a copy of this order on defendant Khalil and his daughter, Zakiya Jahan.

Dated: January 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spri2675.gal